UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

| | |
|---|---|
| **OSCAR ADAMS**, et al., | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| v. | ) Case No.: 3:14-cv-00001-GFVT |
| | ) |
| **COMMONWEALTH OF KENTUCKY, et al.,** | ) |
| | ) |
| **Defendants**. | ) |

### NOTICE OF FILING AMENDMENT TO SETTLEMENT AGREEMENT

Plaintiffs attach the parties' fully-executed agreement to extend the term of the Settlement Agreement in this case by six months. As a result, the appointed Settlement Monitor, Margo Schlanger, will continue her monitoring duties and will be filing a Ninth Semi-Annual Report around the end of this year.

Respectfully submitted,

/s/ Gregory A. Belzley_____
Gregory A. Belzley
Belzley, Bathurst & Bentley
P.O. Box 278
Prospect, KY 40059
(502) 292-2452
gbelzley3b@gmail.com

Hannah Lieberman
hannah_lieberman@washlaw.org
Washington Lawyers' Committee for
   Civil Rights & Urban Affairs
11 DuPont Circle, NW, Suite 400
Washington, D.C. 20036
202/319-1000
Fax: 202/319-1010

Ralph Miller
ralph.miller@weil.com
Sutton Ansley

1

        sutton.ansley@weil.com
        Weil, Gotshal, and Manges LLP
        2001 M Street NW, Suite 600
        Washington, DC 20036
        202/682-7000
        Fax: 202/857-0949

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was delivered via CM/ECF this 3rd day of August, 2020, to:

Angela T. Dunham
Kentucky Department of Corrections
Office of Legal Services
275 East Main
Frankfort, KY  40601-2321

*Counsel for Defendants*

        /s/ Gregory A. Belzley
        Gregory A. Belzley