UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT

| | |
|---|---|
| **OSCAR ADAMS and MICHAEL KNIGHTS**<br><br>    **Plaintiffs**<br>              v.<br><br>**COMMONWEALTH OF KENTUCKY, et al.**<br><br>    **Defendants.** | Case No. 3:14-cv-00001-GFVT |

**Ninth Semi-Annual Report by the Settlement Monitor**
**December 16, 2020**

**EXHIBITS**

Exhibit 1:   Information Request Memos (September 15, 2020 and subsequent).
Exhibit 2:   Spreadsheet and Other Responses to Information Request
Exhibit 3:   ADA Coordinator Training Slides